# Exhibit 2

<table>
<tr><th>US7552870B2</th><th>Roblox (“The accused instrumentality”)</th></tr>
<tr><td>

12. A method of authorizing usage and trading of network resources comprising:

**Col 1: lines 6-10**

<u>*Network Resource: any service or facility that can be made available and accepted for use or delivery by digital transmission over a network,*</u> *even if actual fulfilment is carried out by some alternate means. May include Internet or other network access, data storage and data processing, among others.*

**Col 7: lines 59-67,**
**Col 8: line 1**

*The Use Earned Balance (307) field is used by the System to determine whether any*

</td><td>

The accused instrumentality practices a method of authorizing usage and trading of network resources (e.g., earning Robux by trading and selling virtual items on the Roblox platform and using those Robux to purchase virtual items from another player/reseller, etc.).

As shown below, the accused instrumentality is a gaming platform that allows players to trade virtual items from their inventory. Further, the player can sell the traded item to earn Robux virtual currency. The earned Robux are credited to the player’s account and can be used by the player for purchasing other virtual items from another player/reseller.




[https://www.roblox.com/home](https://www.roblox.com/home)

</td></tr>
</table>

| | |
|---|---|
| *Earned Balance held by the owner of this Network User Device should be used 'First', 'Last' or 'Never' in settling charges for Network Resource Usage by this Network User Device via an Access Gateway. In the case of 'First', any earned balance is used ahead of any cash balance available for the Network User Device (i.e. it is trading Network Resources).*<br><br>**Col 8: lines 20-30**<br><br>*Each Account Record has its own Account UniqueID (401), which identifies it uniquely in the System. Each Account Record also has a single Owned by UniqueID (402), which identifies the UniqueID of the Account's owner. The Account Record may be owned by a* | **FAQ**<br><br>**What are Robux?**<br>Robux is the virtual currency that can be purchased using your local currency or with Roblox Gift Card credits. It allows users to customize their avatar and purchase special abilities and items in experiences.<br><br>https://www.roblox.com/upgrades/robux<br><br>Trading System<br><br>The Trading System allows players to exchange **Limited** and **Limited U** items, as well as Robux, with other users.<br><br>Requirements to Trade<br><br>To participate in trading, both players involved must meet the following criteria:<br>• **Subscriptions:** Both players must have an active Roblox Premium or Plus subscription.<br>• **Privacy Settings:** Both players must have trading enabled in their account settings. Go to Account Settings → **Privacy** and check the "Who can trade with me?" option.<br><br>https://en.help.roblox.com/hc/en-us/articles/203313310-Trading-System |

| | |
|---|---|
| *registered Trading System User, a registered Network Resource Access Gateway or a registered Network Device. For a Trading System User, the Account Record may store either an Earned Balance or a Cash Balance. An Earned Balance is one where credits are made for provision of Network Resources, due to the Trading System User being an Access Gateway Operator.* | How to Create a New Trade<br>1. Navigate to the profile page of the player you wish to trade with<br>2. Click the **More** button (represented by three dots ...) located in the upper right corner of their profile box<br>3. Select **Trade Items** from the dropdown menu<br>4. Building Your Offer:<br>https://en.help.roblox.com/hc/en-us/articles/203313310-Trading-System |

Once the trade window opens, you will see inventories for both you and the other player:

**Your Offer:** Select the item(s) you wish to give away.

**Your Request:** Select the item(s) you want to receive from the other player.

**Adding Robux to a Trade** You can include Robux to sweeten the deal, but please note the following rules:




- **Transaction Fee:** A **30% transaction fee** is removed from any Robux included in a trade once the offer is accepted.
- **Robux Cap:** The amount of Robux you add cannot exceed 50% of the current value of the items you are offering (calculated after the transaction fee).

https://en.help.roblox.com/hc/en-us/articles/203313310-Trading-System

**Articles in this section**

Where is the item I just bought with Robux?

Will I get my Robux back if I delete or do not like an item?

The Item Details Page and Purchasing Items

What is Virtual Gear?

The Marketplace

How to Sell Items

Creating and Selling Avatar Items

Trading System

# How to Sell Items

This article outlines how to sell items you own. If you want to design and sell your own clothing or avatar accessories, please refer to our Avatar resources to get started.

## Reselling Limited and Limited U Items

You can resell items that you have purchased from Roblox or other creators, provided they meet specific requirements.

### Requirements to Resell

- **Subscriptions:** You must have an active **Roblox Premium** or **Roblox Plus** subscription.
- **Item Type:** The item must be marked as **Limited** or **Limited U**.
  - *How to identify:* Look for the "Limited" or "Limited U" tag icon underneath the item's image when browsing the Marketplace or viewing the item's details page.

LIMITED U

LIMITED

https://en.help.roblox.com/hc/en-us/articles/203313260-How-to-Sell-Items

| | |
|---|---|
| | **How to List an Item for Sale**<br><br>To sell an eligible item that you own, follow these steps:<br><br>1. Go to the item's **Details** page<br>2. Scroll down to the **Owned Items** section (located under the price chart)<br>3. If you own multiple copies, select the specific copy you wish to sell<br>4. Click the **Sell** button next to that item<br>5. Enter your desired price in the box provided<br>6. Click **Sell Now** to list the item<br>https://en.help.roblox.com/hc/en-us/articles/203313260-How-to-Sell-Items |




https://www.youtube.com/watch?v=BHGvzM0Io2A







https://www.youtube.com/watch?v=BHGvzM0Io2A

| | |
|---|---|
| | <br>https://en.help.roblox.com/hc/en-us/articles/206142306-The-Item-Details-Page-and-Purchasing-Items |
| applying network usage credits to a user having an account for accumulating credits based upon usage by at least one third party of a first network resource operated by said user; | The accused instrumentality practices applying network usage credits (e.g., crediting Robux to the player's account) to a user (e.g., a player) of having an account (e.g., a player account) for accumulating credits (e.g., crediting Robux to the player's account) based upon usage (e.g., trading of the virtual items) by at least one third party (e.g., another player) of a first network resource (e.g., account of another player, etc.) operated by said user (e.g., player of the accused instrumentality).<br><br>As shown below, the accused instrumentality is a gaming platform that allows players to |

<table>
<tr>
<td>

**Col 14: lines 43-51**

*<u>A central element of the invention is allowing credit balances earned through providing access to Network Resources via an Access Gateway to be traded for access to Network Resources when the same owner/operator uses one of their Network Devices to access Network Resources via a different owner/operator's Access Gateway.</u> In this embodiment of the invention, which provides broad flexibility for the Network Device User, each Network Device can be configured to use an Earned Balance i) First, ii) Last or iii) Never.*

</td>
<td>

trade virtual items from their inventory. The traded items are received from the other player's (e.g., third party) account (e.g., first network resource). Further, the player (e.g., a user) can sell the traded item to earn Robux virtual currency (e.g., network usage credits). The earned Robux are credited to the player’s account and can be used by the player for purchasing other virtual items from another player/reseller.



Trading System

The Trading System allows players to exchange **Limited** and **Limited U** items, as well as Robux, with other users.

Requirements to Trade

To participate in trading, both players involved must meet the following criteria:

- **Subscriptions:** Both players must have an active Roblox Premium or Plus subscription.
- **Privacy Settings:** Both players must have trading enabled in their account settings. Go to Account Settings → **Privacy** and check the "Who can trade with me?" option.

https://en.help.roblox.com/hc/en-us/articles/203313310-Trading-System



How to Create a New Trade

1. Navigate to the profile page of the player you wish to trade with
2. Click the **More** button (represented by three dots ...) located in the upper right corner of their profile box
3. Select **Trade Items** from the dropdown menu
4. Building Your Offer:

</td>
</tr>
</table>

https://en.help.roblox.com/hc/en-us/articles/203313310-Trading-System

Once the trade window opens, you will see inventories for both you and the other player:

**Your Offer:** Select the item(s) you wish to give away.

**Your Request:** Select the item(s) you want to receive from the other player.

**Adding Robux to a Trade** You can include Robux to sweeten the deal, but please note the following rules:

- **Transaction Fee:** A 30% **transaction fee** is removed from any Robux included in a trade once the offer is accepted.
- **Robux Cap:** The amount of Robux you add cannot exceed 50% of the current value of the items you are offering (calculated after the transaction fee).




https://en.help.roblox.com/hc/en-us/articles/203313310-Trading-System



**Articles in this section**

- Where is the item I just bought with Robux?
- Will I get my Robux back if I delete or do not like an item?
- The Item Details Page and Purchasing Items
- What is Virtual Gear?
- The Marketplace
- How to Sell Items
- Creating and Selling Avatar Items
- Trading System

# How to Sell Items

This article outlines how to sell items you own. If you want to design and sell your own clothing or avatar accessories, please refer to our Avatar resources to get started.

## Reselling Limited and Limited U Items

You can resell items that you have purchased from Roblox or other creators, provided they meet specific requirements.

### Requirements to Resell

- **Subscriptions:** You must have an active **Roblox Premium** or **Roblox Plus** subscription.
- **Item Type:** The item must be marked as **Limited** or **Limited U**.
  - *How to identify:* Look for the "Limited" or "Limited U" tag icon underneath the item's image when browsing the Marketplace or viewing the item's details page.

LIMITED U
LIMITED

https://en.help.roblox.com/hc/en-us/articles/203313260-How-to-Sell-Items

| | |
|---|---|
| | **How to List an Item for Sale**<br><br>To sell an eligible item that you own, follow these steps:<br><br>1. Go to the item's **Details** page<br>2. Scroll down to the **Owned Items** section (located under the price chart)<br>3. If you own multiple copies, select the specific copy you wish to sell<br>4. Click the **Sell** button next to that item<br>5. Enter your desired price in the box provided<br>6. Click **Sell Now** to list the item<br>https://en.help.roblox.com/hc/en-us/articles/203313260-How-to-Sell-Items |

| | |
|---|---|
| |  <br>https://www.youtube.com/watch?v=BHGvzM0Io2A |







https://www.youtube.com/watch?v=BHGvzM0Io2A

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=BHGvzM0Io2A<br><br>As shown below, the Robux is credited to the player's account (e.g., accumulating credits). |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=aD5_cPSFuaI |
| substantially immediately processing a request by said user for usage of a second network resource operated by a fourth party and allowing access to said second network resource if said user has at least a predetermined amount of said network usage credits wherein said first and second resources have a registered resource sharing arrangement in a connected system. | The accused instrumentality practices substantially immediately processing a request (e.g., a request for purchasing virtual items, etc.) by said user (e.g., a player of the accused instrumentality) for usage (e.g., purchasing virtual items, etc.) of a second network resource (e.g., a reseller's account offering virtual items, etc.) operated by a fourth party (e.g., a reseller) and allowing access to said second network resource (e.g., a reseller's account offering virtual items, etc.) if said user (e.g., a player of the accused instrumentality) has at least a predetermined amount of said network usage credits (e.g., required Robux to purchase virtual items, etc.) wherein said first (e.g., account of another player from whom the virtual item was traded, etc.) and second resources (e.g., account of reseller offering virtual items, etc.) have a registered resource sharing arrangement (e.g., marketplace arrangement provided by the accused instrumentality) in a connected system (e.g., a system of the accused instrumentality).<br><br>As shown below, the accused instrumentality is a gaming platform that allows players to trade virtual items from their inventory. The traded items are received from the other player's account. Further, the player (e.g., a user) can sell the traded item to earn Robux virtual currency (e.g., network usage credits). The earned Robux are credited to the player's account and can be used by the player (e.g., a user) for purchasing other virtual |

| | |
|---|---|
| **Col 17: lines 3-11**<br><br>*The Processing Element (11) must determine whether there is sufficient credit available in the Trading System User's Earned Balance to reserve for the remaining required period of Network Resource authorization. If the Balance (403C) is not greater than or equal to the Reserve-Credit (615) amount, then there is insufficient credit and the Requested-Authorization-Period (58) of the Request (40) cannot be satisfied, so a reduced Authorization Period must be calculated as follows:*<br><br>**Col 17: lines 20-23**<br><br>*Alternatively, if there is sufficient credit available, then the* | items from a reseller's account (e.g., second network resource).<br><br>As shown below, when the player (e.g., a user) requests to purchase a virtual item from a reseller, the system checks the player's account balance to determine if the player is eligible to purchase the item from the reseller (e.g., fourth party).<br><br>Trading System<br><br>The Trading System allows players to exchange **Limited** and **Limited U** items, as well as Robux, with other users.<br><br>Requirements to Trade<br><br>To participate in trading, both players involved must meet the following criteria:<br><br>• **Subscriptions:** Both players must have an active Roblox Premium or Plus subscription.<br>• **Privacy Settings:** Both players must have trading enabled in their account settings. Go to Account Settings → **Privacy** and check the "Who can trade with me?" option.<br><br>https://en.help.roblox.com/hc/en-us/articles/203313310-Trading-System<br><br>How to Create a New Trade<br><br>1. Navigate to the profile page of the player you wish to trade with<br>2. Click the **More** button (represented by three dots ...) located in the upper right corner of their profile box<br>3. Select **Trade Items** from the dropdown menu<br>4. Building Your Offer: |

| | |
|---|---|
| *<u>Reserve-Credit (615) amount is deducted from the Trading System User's Earned Balance (403C)</u> and added to the Total Credit Reservations (405C) for the Account.* | https://en.help.roblox.com/hc/en-us/articles/203313310-Trading-System<br><br>Once the trade window opens, you will see inventories for both you and the other player:<br>**Your Offer:** Select the item(s) you wish to give away.<br>**Your Request:** Select the item(s) you want to receive from the other player.<br>**Adding Robux to a Trade** You can include Robux to sweeten the deal, but please note the following rules:<br>• **Transaction Fee:** A 30% **transaction fee** is removed from any Robux included in a trade once the offer is accepted.<br>• **Robux Cap:** The amount of Robux you add cannot exceed 50% of the current value of the items you are offering (calculated after the transaction fee).<br><br>https://en.help.roblox.com/hc/en-us/articles/203313310-Trading-System |



**Articles in this section**

Where is the item I just bought with Robux?
Will I get my Robux back if I delete or do not like an item?
The Item Details Page and Purchasing Items
What is Virtual Gear?
The Marketplace
How to Sell Items
Creating and Selling Avatar Items
Trading System

# How to Sell Items

This article outlines how to sell items you own. If you want to design and sell your own clothing or avatar accessories, please refer to our Avatar resources to get started.

## Reselling Limited and Limited U Items

You can resell items that you have purchased from Roblox or other creators, provided they meet specific requirements.

### Requirements to Resell

- **Subscriptions:** You must have an active **Roblox Premium** or **Roblox Plus** subscription.
- **Item Type:** The item must be marked as **Limited** or **Limited U**.
  - *How to identify:* Look for the "Limited" or "Limited U" tag icon underneath the item's image when browsing the Marketplace or viewing the item's details page.



https://en.help.roblox.com/hc/en-us/articles/203313260-How-to-Sell-Items

| | |
|---|---|
| | **How to List an Item for Sale**<br><br>To sell an eligible item that you own, follow these steps:<br><br>1. Go to the item's **Details** page<br>2. Scroll down to the **Owned Items** section (located under the price chart)<br>3. If you own multiple copies, select the specific copy you wish to sell<br>4. Click the **Sell** button next to that item<br>5. Enter your desired price in the box provided<br>6. Click **Sell Now** to list the item<br>https://en.help.roblox.com/hc/en-us/articles/203313260-How-to-Sell-Items |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=BHGvzM0Io2A |







https://www.youtube.com/watch?v=BHGvzM0Io2A




https://www.youtube.com/watch?v=BHGvzM0Io2A




https://www.youtube.com/watch?v=aD5_cPSFuaI

As shown below, when the player (e.g., a user) requests to purchase a virtual item from a reseller, the system checks the player's account balance to determine if the player is eligible to purchase the item from the reseller (e.g., fourth party).




https://en.help.roblox.com/hc/en-us/articles/206142306-The-Item-Details-Page-and-Purchasing-Items

| | |
|---|---|
| |   https://en.help.roblox.com/hc/en-us/articles/206142306-The-Item-Details-Page-and-Purchasing-Items |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=cisnJ_8r0DE |